# JS-6

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL TAYLOR,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>**CALIFORNIA CORRAL, INC.,**<br><br>*Defendant.* | Case No. 8:21-cv-01067-JLS-ADS<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

    Having considered Plaintiff Daniel Taylor's notice of dismissal, the Court hereby orders that this action is hereby dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

**DATED:** August 30, 2021

                                                       _____
                                                       JOSEPHINE L. STATON
                                                       UNITED STATES DISTRICT JUDGE